MENEFEE v. STATE. (No. 7494.) (Court of Criminal Appeals of Texas. Feb. 28, 1923.) Appeal from District Court, Rusk County;

Chas. L. Brachfield, Judge. Jasper Menefee was convicted of unlawfully selling intoxicating liquor, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The indictment is regular; no facts are brought up for review, and no rulings of the trial court are brought forward for revision by bill of exceptions. The judgment is affirmed.